## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

I, Francis Nero, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Philadelphia Division, being duly sworn, depose and state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation and have been since May 2011.  Prior to joining the FBI, I was an Assistant District Attorney with the Montgomery County District Attorney's Office assigned to Major Crimes.  I am a graduate of the FBI Academy in Quantico, Virginia.  I am currently assigned to the FBI Philadelphia's Allentown Resident Agency to investigate Violent Crimes Against Children (VCAC), whose primary mission is to investigate those individuals and groups that are engaged in the criminal sexual exploitation of children.  During my tenure as an FBI agent, I have participated in many investigations pertaining to individuals and groups involved in criminal exploitation of children, to include possession and distribution/receipt through electronic means of child sexual abuse material (CSAM) (hereafter "child pornography" as defined by statute), manufacturing child pornography, transportation of a minor to engage in criminal sexual activity, and child sextortion violations. I have personally conducted numerous investigations involving violations of these laws, which have resulted in the arrest of individuals who have committed these violations of the federal criminal code.

2.     As a federal agent, I am authorized to investigate violations of laws of the United States and am a "federal law enforcement officer" within the meaning of Fed. R. Crim. P. 41(a)(2)(C).

3.     The statements in this Affidavit are based in part on my investigation of this matter and on information provided by other law enforcement officers.  Because this affidavit is

1

being submitted for the limited purpose of supporting a criminal complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe EARL BURFORD committed a violation of 18 U.S.C. § 2252(a), distribution of child pornography.

## FACTS SUPPORTING PROBABLE CAUSE

4. In August 2024, FBI Oklahoma learned that an individual who goes by "itsdirt7863" used the cellular instant messaging application Kik[1] to communicate regarding child pornography and child abuse. "Itsdirt7863" had communicated with a person utilizing the username "freakyfam69," on August 7, 2024. The communications back-and-forth included chats wherein "freakyfam69" stated he has 12 children and has sexual relations with his daughter and son, who are as young as four years old. The communication between "Itsdirt7863" and "freakyfam69" also included sending and receiving images depicting child pornography.

5. Specifically, "freakyfam69" indicated he has 12 children with whom he engaged in sexual contact. "Freakyfam69" stated to Kik user "itsdirt7863" that he enjoys children ages 6 to 14 years old and that one of his daughters "…was throwing it back at 3". Based on my training and experience, I believe this to be a reference to having sexual intercourse. "Freakyfam69" and "itsdirt7863" exchanged their locations, wherein "freakyfam69" said he is in

---

[1] Kik is a mobile application-based communication service owned by MediaLab.ai Inc. and headquartered in Santa Monica, California. Kik's Guide for Law Enforcement describes Kik as a "free smartphone messenger application that lets users connect with their friends the world around them through chat." Kik uses WiFi and cellular networks to send and receive messages, images, and videos between Kik users. These communications bypass Short Message Service ("SMS").

Allentown, Pennsylvania and "itsdirt7863" stated he was in Oklahoma City. "Freakyfam69" messaged that he is willing to travel with his children, stating, "If I get plane tickets are kool to hang cause I'll bring any age 2 – 12 is my age cause I always look at them when I'm fucking when they touch my dick a lot more and put it into them".

6. Law enforcement subsequently received information from Kik that the subscriber using the moniker "freakyfam69" utilized an iPhone and the Gmail account goldmusicsoul3@gmail.com to register the Kik account. Additionally, Kik provided law enforcement with various login IP addresses used by "freakyfam69" during August 2024. Specifically, on August 7, 2024, "freakyfam69" used IP addresses that began with a "172…" and also an IP address 216.164.242.105. The "172…" IP addresses belong to T-Mobile, but T-Mobile informed law enforcement that they did not have record of which users utilize those IP addresses.

7. Law enforcement was able to determine that the IP address of 216.164.242.105, is utilized by an Allentown-based internet provider, RCN Telecom. Law enforcement later requested the subscriber information for RCN Telecom IP address 216.164.242.105, which was used by "freakyfam69". The subscriber has an address of 1949 Meadows Road, Bethlehem, PA 18015, with a subscriber whose initials are S.J. Again, the user of "freakyfam69" previously stated that he lives in Allentown, so his use of an Allentown-based IP address corroborated his location.

8. Notably, on August 7, 2024, when "freakyfam69" utilized IP address 216.164.242.105 and IP addresses beginning in "172…," he sent a 1 minute and 1 second video to "itsdirt7863" depicting a nude minor female laying on her back while an adult male penis penetrated her vagina.

9. Law enforcement then requested subscriber information from Google relating to goldmusicsoul3@gmail.com as well as IP login information relating to that account. Google informed law enforcement that the email goldmusicsoul3@gmail.com was subscribed to an EARL BURFORD, 8435 Williams Avenue, Philadelphia, Pennsylvania 19150 with (407) 376-9881 listed as the recovery number.

10. Google also provided information to law enforcement that the Google Pay associated with this Gmail account was for EARL BURFORD, 8435 Williams Avenue, Philadelphia, Pennsylvania 19150 with (407) 376-9881 listed as the phone number. Google also provided law enforcement with IP addresses that were used to access the Google account between August 24 and August 31, 2024. The IP addresses included IP address 216.164.242.105, which is tied to 1949 Meadows Road, Bethlehem, PA 18015, as well as IP addresses which were determined to be registered to T-Mobile, consistent with the information provided by Kik.

11. In September 2024, FBI Philadelphia requested from T-Mobile the subscriber information for the IP addresses provided by Google. T-Mobile provided the subscriber of the IP addresses as EARL BURFORD, with an active telephone number of (407) 376-9881 and a home address of 1827 Willow Park Road, Bethlehem, Pennsylvania 18020, which is in the Allentown-area. T-Mobile also provided IMEI 354696407172698 as the IMEI number for the cellular telephone assigned call number (407) 376-9881. Law enforcement conducted an open-source check of the IMEI provided by T-Mobile, and it belongs to an iPhone 12. Again, according to Kik, the user of "freakyfam69" used an iPhone to register that account.

12. FBI requested from T-Mobile information relating to the subscriber of (407) 376-9881, which is EARL BURFORD, 1827 Willow Park Road, Bethlehem, PA 18020.

13. Based on this information, and other information set forth below, I believe that "freakfyam69" is EARL BURFORD.

14. On September 6, 2024, the Hon. Pamela A. Carlos, United States Magistrate Judge for the Eastern District of Pennsylvania issued an order authorizing the installation and use of a pen register/trap and trace device ("PRTT") to record, decode, and/or capture all dialing, routing, addressing and signaling information associated with each communication to or from the cellular telephone number (407) 376-9881, as well as a warrant authorizing law enforcement to obtain location information for the cellular telephone assigned call number (407) 376-9881.

15. The FBI began receiving data on September 7, 2024. A review of the data showed that the user of the cellular telephone assigned call number (407) 376-9881, was within the area of 1949 Meadows Road, Bethlehem, PA 18015, which is the address with which IP address 216.164.242.105 is associated, during late night and early morning hours.

16. FBI Agents conducted surveillance related to 1949 Meadows Road, Bethlehem, PA 18015 on multiple occasions. They identified one vehicle matching the description of a vehicle registered to EARL BURFORD, that is, an Infinity QX 50, which was parked near the detached garage at 1949 Meadows Road, Bethlehem, PA 18015. Based off his Pennsylvania driver's license photo, agents identified an adult male matching the description of EARL BURFORD entering the garage. The agents also identified multiple secured Wi-Fi networks within range of 1949 Meadows Road, Bethlehem, PA 18015.

17. On September 18, 2024, law enforcement applied for and was granted a federal search warrant by United States Magistrate Judge Pamela A. Carlos, Eastern District of Pennsylvania, to search the body of EARL BURFORD as well as the residence at 1949 Meadows Road, Bethlehem, PA 18015, where we believed he was residing, and to seize

evidence of violations of 18 U.S.C. § 2252(a)(2), distribution of child pornography, 18 U.S.C. § 2252(a)(4), possession of child pornography, and 18 U.S.C. § 2423, transportation or travel to engage in illicit sexual conduct.

18. On September 23, 2024, this search warrant was executed. Agents executed the warrant to search BURFORD's person in the parking lot of 730 Main Street, Hellertown, Northampton County, Pennsylvania. BURFORD's cellular telephone was not on his person but agents located it – an iPhone 12 telephone bearing IMEI 35 469640 717269 8 – in the front seat of his vehicle in plain sight and seized it. BURFORD readily admitted to law enforcement that he knew they were present because of his behavior on the internet.

19. Agents provided BURFORD with Miranda warnings and asked him about his use of the freakyfam69 account on Kik.[2] He admitted to being freakyfam69 and to receiving and sharing images of child pornography over Kik. He denied sexually abusing any children and stated that he typically viewed and shared child pornography while he was abusing methamphetamine.

## CONCLUSION

23. Based upon the information above, I respectfully submit that there is probable cause to believe that EARL BURFORD distributed at least one visual depiction of a minor engaging in sexually explicit conduct, in violation of Title 18 U.S.C. § 2252(a)(2), as more fully set forth in Attachment A. Therefore, I respectfully request that the court approve the attached

---

[2] Prior to this, and at the request of agents, BURFORD provided the passcode to his device and agents conducted an initial search of it. We are not now seeking to charge the defendant with anything resulting from that search.

criminal complaint and that the attached arrest warrant be issued authorizing the arrest of EARL BURFORD.

                                                                           /s/Francis Nero  
                                                                           Francis Nero  
                                                                           Special Agent  
                                                                           FBI

SWORN TO AND SUBSCRIBED  
BEFORE ME THIS 23rd DAY  
OF SEPTEMBER 2024.

**Pamela A. Carlos**  
Digitally signed by Pamela A. Carlos  
Date: 2024.09.23 18:21:58 -04'00'

HONORABLE PAMELA A. CARLOS  
United States Magistrate Judge

## ATTACHMENT A

**Count One – Distribution of Child Pornography – Title 18, United States Code, Section 2252(a)(2). (b)(1)**

On or about August 7, 2024, in the Eastern District of Pennsylvania, EARL BURFORD, knowingly distributed a visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, the producing of which involved the use of minors engaged in sexually explicit conduct, and the visual depictions were of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1)